IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | | |
|---|---|---|---|
| IN RE: | ) | | |
| | ) | Chapter: | 7 |
| Norma M. Toliopoulos, | ) | | |
| | ) | Case No: | 12-4298 |
| | ) | | |
| Debtor. | ) | Judge: | Hon. Donald R. Cassling |
| | ) | | (Geneva) |

**NOTICE OF FINAL APPLICATION FOR ALLOWANCE OF COMPENSATION AND FOR REIMBURSEMENT OF EXPENSES AS GENERAL COUNSEL TO THE TRUSTEE**

TO:   See attached Service List

Please take notice that on **November 20, 2015** at **10:30 a.m.**, I shall appear before the Honorable Judge Donald R. Cassling or any judge sitting instead, in **Courtroom No. 240** in the **Kane County Courthouse, 100 S. Third Street, Geneva, Illinois**, and present the attached *Final Application for Allowance of Compensation and for Reimbursement of Expenses as General Counsel to the Trustee*, a copy of which is hereby served upon you.

/s/ Joshua D. Greene /s/
One of the Attorneys

Joshua D. Greene
Springer Brown, LLC
400 South County Farm Rd., Suite 330
Wheaton, Illinois 60187
(630) 510-0000

**CERTIFICATE OF SERVICE**

I, the undersigned, an attorney, hereby state that pursuant to the Administrative Procedures for the Case Management/Electronic Case Filing System, I caused a copy of the foregoing NOTICE OF APPLICATION FOR COMPENSATION and APPLICATION FOR COMPENSATION to be served on all persons set forth on the attached Service List identified as Registrants through the Court's Electronic Notice for Registrants and, as to all other persons on the attached Service List by mailing a copy of same in an envelope properly addressed and with postage fully prepaid and by depositing same in the U.S. Mail, Wheaton, Illinois on October 27, 2015.

/s/ Joshua D. Greene /s/

## Service List

**ECF Service:**

Patrick S Layng
Office of the U.S. Trustee, Region 11
219 S Dearborn St
Room 873
Chicago, IL 60604

Brenda Porter Helms, ESQ
The Helms Law Firm, P.C.
3400 West Lawrence
Chicago, IL 60625

Frank G. Cortese
The Cortese Law Offices, P.C.
22 West Washington Street
Suite 1500
Chicago, IL 60602

**U.S. Mail:**

Norma M Toliopoulos
392 Park Ridge Lane
Unit D
Aurora, IL 60504

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| IN RE: ) | |
| ) | Chapter: 7 |
| Norma M. Toliopoulos, ) | |
| ) | Case No: 12-4298 |
| ) | |
| Debtor. ) | Judge: Hon. Donald R. Cassling |
| ) | (Geneva) |

## FINAL APPLICATION FOR ALLOWANCE OF COMPENSATION AND FOR REIMBURSEMENT OF EXPENSES AS GENERAL COUNSEL TO THE TRUSTEE

### Cover Sheet for Application for Professional Compensation

Name of Applicant(s):  **Joshua D. Greene and the law firm of Springer Brown, LLC**

Authorized to Provide Professional Services to: **Brenda Porter Helms, Trustee of the Estate of Norma M. Toliopoulos, Chapter 7 Bankruptcy No. 12-4298.**

Date of Order Authorizing Employment:  **April 3, 2015**

Period for which Compensation is Sought: **March 21, 2015 through October 23, 2015**

Amount of Fees Sought:                           **$ 7,000.00**

Amount of Expense Reimbursement Sought:     **$    20.33**

This is an:     Interim Application ___      Final Application  **X**

If this is not the first application filed herein by this professional, disclosure as to all prior fee applications:

| Date Filed | Period Covered | Total Requested | Total Allowed | Any Amount Withheld by Order |
|---|---|---|---|---|
| **N/A** | **N/A** | **N/A** | **N/A** | **N/A** |

The amount of fees and expenses paid to the Applicant to date for Service rendered and expenses incurred herein is: $____**-0-**_____.

**In Re: Norma M. Toliopoulos**
**Chapter 7 no. 12-4298**
**Cover Sheet for Application for Professional Compensation by Trustee's General Counsel**
**(PAGE TWO of TWO)**

Professionals retained and represented as follows in this Application for Allowance of Compensation and Reimbursement of Expenses as Counsel to the Trustee:

| Name of Professional | Hourly Rates | Hours of Service | Value of Service |
|---|---|---|---|
| Joshua D. Greene, Attorney (**JDG**) | $350.00 (2015) |  | $7,000.00 |
| | **TOTALS** | **20.0** | **$7,000.00** |

**A Summary and Total of Fee Application Categories is Attached hereto.**

DATE: October 26, 2015         Respectfully Submitted,
                              Joshua D. Greene, Applicant

                              By:    /s/ Joshua D. Greene

Joshua D. Greene
Springer Brown, LLC
Wheaton Executive Center
400 S. County Farm Road, Suite 330
Wheaton, IL  60187
(630) 510-0000

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | | |
|---|---|---|---|
| IN RE: | ) | | |
| | ) | Chapter: | 7 |
| Norma M. Toliopoulos, | ) | | |
| | ) | Case No: | 12-4298 |
| | ) | | |
| Debtor. | ) | Judge: | Hon. Donald R. Cassling |
| | ) | | (Geneva) |

**FINAL APPLICATION FOR ALLOWANCE OF COMPENSATION AND FOR REIMBURSEMENT OF EXPENSES AS GENERAL COUNSEL TO THE TRUSTEE**

**NOW COMES** Joshua D. Greene and the law firm of Springer Brown, LLC (herein "Applicant"), as duly authorized counsel to the Trustee, Brenda Porter Helms, (herein the "Trustee") and respectfully requests the entry of an Order for the allowance and payment of compensation and reimbursement of expenses for services rendered and expenses incurred as counsel to the Trustee pursuant to §330 of the United States Bankruptcy Code and applicable Federal Rules of Bankruptcy Procedure, and in support hereof, states to the Court as follows:

**I. INTRODUCTION**

This Application encompasses the time period from March 21, 2015, 2015 through preparation of Applicant's current Final Fee Application, October 26, 2015. The Application represents 20.0 hours of legal services provided to the Trustee. Applicant has neither previously requested nor obtained approval for payment of interim compensation or reimbursement of expenses. This Application seeks approval of legal fees in the amount of $7,000.00 and $20.33 for actual and necessary unreimbursed expenses.

On February 7, 2012, the above named Debtor filed a petition for relief under Chapter 7 of the United States Bankruptcy Code and Brenda Porter Helms was appointed as the duly authorized Trustee and continues to serve in that capacity. On April 3, 2015, this Court entered

an Order authorizing the Trustee to retain Applicant as legal counsel. The hourly rates of Applicant is competitive with the rates charged in this market by professionals with similar skills and experience, as disclosed and summarized in the Cover Sheet to this Application for Compensation and Reimbursement of Expenses.

## II.  CASE STATUS AND NARRATIVE OF LEGAL SERVICES

In the course of her administration of the case, the Trustee reviewed Debtor's schedules and conducted a meeting of creditors. The Trustee initially filed a no asset report and the case was closed, but the case was reopened when the Debtor filed an Amended Schedule B, listing as an asset a sexual harassment lawsuit against pending in the U.S. District Court for the Northern District of Illinois against her employer Bank of America and Richard Dineen. The Debtor also filed an amended Schedule C, claiming a personal injury exemption of $15,000.00.

Applicant filed an objection to the Debtor's claim of exemption, which was subsequently withdrawn by the Debtor. Applicant also reviewed the various pleadings and discovery taken in the sexual harassment lawsuit against Bank of America and attempted to negotiate a settlement with Bank of America, which was unsuccessful. Shortly after the expiration of the deadline for filing proofs of claim, the Debtor made an offer to the Trustee to purchase the estate's right, title and interest in the lawsuit for $20,000, which was sufficient to pay all claims on file and administrative expenses. The Trustee accepted the offer, which was approved by the court.

Itemized time entries for all Applicant's services to this Bankruptcy Estate are attached hereto as *Exhibit "A"*.  An itemization of the reasonable and necessary expenses Applicant incurred is also attached as *Exhibit "B"*.  Applicant's request for reimbursement of expenses does not include any of the ordinary operating expenses of Applicant's practice of law. Applicant is requesting reimbursement of photocopy charges at the rate of 15¢ per copy. Applicant's expense request does not include any long distance telephone service charges.

**WHEREFORE,** Applicant, Joshua D. Greene respectfully requests that Trustee's Attorneys' fees in the amount of $7,000.00 and reimbursement of actual and necessary expenses in the amount of $20.33 be approved as reasonable and appropriate and that payment be authorized upon entry of the Order approving such compensation and for any such other and further relief as this Court deems just and equitable.

DATE: October 26, 2015 　　　　　　　　　Respectfully Submitted,
　　　　　　　　　　　　　　　　　　　　Joshua D. Greene

　　　　　　　　　　　　　　　　　　　　By:　/s/ Joshua D. Greene

Joshua D. Greene
Springer Brown, LLC
Wheaton executive Center
400 S. County Farm Road, Suite 330
Wheaton, IL  60187
(630) 510-0000