# UNITED STATES BANKRUPTCY COURT
### NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| NORMA TOLIOPOULOS | § | Case No. 12-04298 |
| | § | |
| Debtor | § | |

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

BRENDA PORTER HELMS, TRUSTEE, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: 130,655.00 *(Without deducting any secured claims)* | Assets Exempt: 22,800.00 |
| Total Distributions to Claimants: 10,149.48 | Claims Discharged Without Payment: 250,968.92 |
| Total Expenses of Administration: 9,850.52 | |

3) Total gross receipts of $ 20,000.00 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $0.00 (see **Exhibit 2**), yielded net receipts of $ 20,000.00 from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ 192,122.00 | $ 0.00 | $ 0.00 | $ 0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | NA | 9,850.52 | 9,850.52 | 9,850.52 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | NA | NA | NA | NA |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | NA | NA | NA | NA |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 68,162.00 | 11,041.40 | 11,041.40 | 10,149.48 |
| **TOTAL DISBURSEMENTS** | $ 260,284.00 | $ 20,891.92 | $ 20,891.92 | $ 20,000.00 |

4) This case was originally filed under chapter 7 on 02/27/2012 . The case was pending for 58 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 12/16/2016        By:/s/BRENDA PORTER HELMS, TRUSTEE
                                                Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

EXHIBITS TO
FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| Cause of action v. Bank of America and other for employment | 1242-000 | 20,000.00 |
| **TOTAL GROSS RECEIPTS** | | **$20,000.00** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA | | NA | NA |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | **$ NA** |

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | BB&T | | 191,637.00 | NA | NA | 0.00 |
| | Fox Chase of DuPage | | 485.00 | NA | NA | 0.00 |
| **TOTAL SECURED CLAIMS** | | | **$ 192,122.00** | **$ 0.00** | **$ 0.00** | **$ 0.00** |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| THE HELMS LAW FIRM PC | 2100-000 | NA | 2,750.00 | 2,750.00 | 2,750.00 |
| Associated Bank | 2600-000 | NA | 80.19 | 80.19 | 80.19 |
| Springer Brown LLC | 3210-000 | NA | 7,000.00 | 7,000.00 | 7,000.00 |
| Springer Brown LLC | 3220-000 | NA | 20.33 | 20.33 | 20.33 |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ NA | $ 9,850.52 | $ 9,850.52 | $ 9,850.52 |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ NA | $ NA | $ NA | $ NA |

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA | NA |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ NA | $ NA | $ NA | $ NA |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Americash | | 1,500.00 | NA | NA | 0.00 |
| | Applied Card Bank | | 2,081.00 | NA | NA | 0.00 |
| | Bank Of America | | 1,987.00 | NA | NA | 0.00 |
| | Chela/Sallie Mae | | 8,687.00 | NA | NA | 0.00 |
| | Enhanced Recovery Corp | | 441.00 | NA | NA | 0.00 |
| | Ffcc-columbus Inc | | 510.00 | NA | NA | 0.00 |
| | Illinois Collection Se | | 383.00 | NA | NA | 0.00 |
| | Lamont Hanley & Associ | | 140.00 | NA | NA | 0.00 |
| | Midwest Pathology Services | | 306.00 | NA | NA | 0.00 |
| | Mrs Bpo Llc | | 34,223.00 | NA | NA | 0.00 |
| | Nationwide Credit & Co | | 76.00 | NA | NA | 0.00 |
| | Nco Fin /99 | | 321.00 | NA | NA | 0.00 |
| | Nco Financial Systems, | | 283.00 | NA | NA | 0.00 |
| | Northwest Podiatry Center, Ltd. | | 1,000.00 | NA | NA | 0.00 |
| | Springleaf Financial S | | 2,998.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
|  | State Collection Servi |  | 84.00 | NA | NA | 0.00 |
|  | Target Credit Card (TC) |  | 484.00 | NA | NA | 0.00 |
|  | Tek-collect Inc |  | 1,446.00 | NA | NA | 0.00 |
|  | Town of Cedar Lake EMS |  | 1,005.00 | NA | NA | 0.00 |
| 4 | Abri Credit Union | 7100-000 | 10,002.00 | 10,002.61 | 10,002.61 | 9,194.60 |
| 5 | AMERICAN INFOSOURCE LP AS AGENT FOR | 7100-000 | NA | 348.11 | 348.11 | 319.99 |
| 1 | American Infosource LP as agent for TD Bank | 7100-000 | NA | 484.92 | 484.92 | 445.75 |
| 2 | Branch Banking & Trust Co | 7100-000 | NA | 0.00 | 0.00 | 0.00 |
| 3 | Quantum3 agent for MOMA Funding | 7100-000 | 205.00 | 205.76 | 205.76 | 189.14 |
| TOTAL GENERAL UNSECURED CLAIMS |  |  | $ 68,162.00 | $ 11,041.40 | $ 11,041.40 | $ 10,149.48 |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Exhibit 8

| Case No: | 12-04298 | DRC | Judge: | Donald R Cassling | Trustee Name: | BRENDA PORTER HELMS, TRUSTEE |
|---|---|---|---|---|---|---|
| Case Name: | NORMA TOLIOPOULOS | | | | Date Filed (f) or Converted (c): | 02/27/2012 (f) |
| | | | | | 341(a) Meeting Date: | 04/10/2012 |
| For Period Ending: | 12/16/2016 | | | | Claims Bar Date: | 05/12/2015 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. real property at 391 Pari Ridge Lane #D, Aurora | 145,000.00 | 0.00 | | 0.00 | FA |
| 2. Checking account at Bank of America | 218.00 | 0.00 | | 0.00 | FA |
| 3. Savings account at Bank of America | 5.00 | 0.00 | | 0.00 | FA |
| 4. Household furniture | 700.00 | 700.00 | | 0.00 | FA |
| 5. Wearing apparel | 500.00 | 0.00 | | 0.00 | FA |
| 6. Pension | 200.00 | 0.00 | | 0.00 | FA |
| 7. Tax refund | 4,832.00 | 1,055.00 | | 0.00 | FA |
| 8. 1998 Frod Explorer | 1,000.00 | 0.00 | | 0.00 | FA |
| 9. 1996 Pontiac Sunfire | 1,000.00 | 300.00 | | 0.00 | FA |
| 10. Medical cause of action after foot surgery | Unknown | 0.00 | | 0.00 | FA |
| 11. Cause of action v. Bank of America and other for employment (u) | Unknown | 0.00 | | 20,000.00 | FA |
| INT. Void (u) | 0.00 | N/A | | 0.00 | FA |

Gross Value of Remaining Assets

TOTALS (Excluding Unknown Values)   $153,455.00   $2,055.00   $20,000.00   $0.00

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Motion to sell cause of action for employment discrimination back to the debtor is scheduled for hearing on Oct. 23, 2015

11/2/15 Claims reviewed and imported.  Wait for check from Debtor to be deposited and cleared.  Prepare TFR

9/30/16:  TFR filed 9/27/16.  Court hearing scheduled on 10/21/16

UST Form 101-7-TDR (10/1/2010) *(Page: 7)*

FORM 2
ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| | |
|---|---|
| Case No: 12-04298 | Trustee Name: BRENDA PORTER HELMS, TRUSTEE |
| Case Name: NORMA TOLIOPOULOS | Bank Name: Associated Bank |
| | Account Number/CD#: XXXXXX3722 |
| | Checking |
| Taxpayer ID No: XX-XXX3496 | Blanket Bond (per case limit): $5,000,000.00 |
| For Period Ending: 12/16/2016 | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 10/27/15 | 11 | Colin J. Galvin | purchase of Bof A lawsuit from estate | 1242-000 | $20,000.00 | | $20,000.00 |
| 11/06/15 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.00 | $19,990.00 |
| 11/24/15 | 101 | Springer Brown LLC | docket #66 dated 11/20/15 | 3210-000 | | $6,000.00 | $13,990.00 |
| 11/24/15 | 102 | Springer Brown LLC | docket #66 dated 11/20/15 | 3220-000 | | $20.33 | $13,969.67 |
| 12/07/15 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $28.76 | $13,940.91 |
| 01/08/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $20.73 | $13,920.18 |
| 02/05/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $20.70 | $13,899.48 |
| 10/28/16 | 103 | BRENDA PORTER HELMS 3400 W. LAWRENCE AVENUE CHICAGO, IL 60625 | Final distribution representing a payment of 100.00 % per court order. | 2100-000 | | $5,500.00 | $8,399.48 |
| 10/28/16 | 104 | Springer Brown LLC | Final distribution representing a payment of 100.00 % per court order. | 3210-000 | | $1,000.00 | $7,399.48 |
| 10/28/16 | 105 | American Infosource LP as agent for TD Bank P.O. Box 248866 Oklahoma City OK 73124 | Final distribution to claim 1 representing a payment of 67.02 % per court order. | 7100-000 | | $324.97 | $7,074.51 |
| 10/28/16 | 106 | Quantum3 agent for MOMA Funding P.O. Box 788 Kirkland WA 98083 | Final distribution to claim 3 representing a payment of 67.02 % per court order. | 7100-000 | | $137.89 | $6,936.62 |
| 10/28/16 | 107 | Abri Credit Union c/o Trunkett & Trunkett PC 20 N. Wacker Dr. #1434 Chicago IL 60606 | Final distribution to claim 4 representing a payment of 67.02 % per court order. | 7100-000 | | $6,703.33 | $233.29 |

Page Subtotals: $20,000.00    $19,766.71

UST Form 101-7-TDR (10/1/2010)  *(Page: 9)*

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | |
|---|---|
| Case No: 12-04298 | Trustee Name: BRENDA PORTER HELMS, TRUSTEE |
| Case Name: NORMA TOLIOPOULOS | Bank Name: Associated Bank |
| | Account Number/CD#: XXXXXX3722 |
| | Checking |
| Taxpayer ID No: XX-XXX3496 | Blanket Bond (per case limit): $5,000,000.00 |
| For Period Ending: 12/16/2016 | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 10/28/16 | 108 | AMERICAN INFOSOURCE LP AS AGENT FOR<br>T Mobile/T-Mobile USA Inc<br>PO Box 248848<br>Oklahoma City, OK 73124-8848 | Final distribution to claim 5 representing a payment of 67.02 % per court order. | 7100-000 | | $233.29 | $0.00 |
| 11/01/16 | 103 | BRENDA PORTER HELMS<br>3400 W. LAWRENCE AVENUE<br>CHICAGO, IL 60625 | Final distribution representing a payment of 100.00 % per court order. Reversal | 2100-000 | | ($5,500.00) | $5,500.00 |
| 11/01/16 | 105 | American Infosource LP as agent for TD Bank<br>P.O. Box 248866<br>Oklahoma City OK 73124 | Final distribution to claim 1 representing a payment of 67.02 % per court order. Reversal | 7100-000 | | ($324.97) | $5,824.97 |
| 11/01/16 | 107 | Abri Credit Union<br>c/o Trunkett & Trunkett PC<br>20 N. Wacker Dr.  #1434<br>Chicago IL 60606 | Final distribution to claim 4 representing a payment of 67.02 % per court order. Reversal | 7100-000 | | ($6,703.33) | $12,528.30 |
| 11/01/16 | 108 | AMERICAN INFOSOURCE LP AS AGENT FOR<br>T Mobile/T-Mobile USA Inc<br>PO Box 248848<br>Oklahoma City, OK 73124-8848 | Final distribution to claim 5 representing a payment of 67.02 % per court order. Reversal | 7100-000 | | ($233.29) | $12,761.59 |
| 11/01/16 | 106 | Quantum3 agent for MOMA Funding<br>P.O. Box 788<br>Kirkland WA 98083 | Final distribution to claim 3 representing a payment of 67.02 % per court order. Reversal | 7100-000 | | ($137.89) | $12,899.48 |
| 11/01/16 | 109 | The Helms Law Firm, P.C. | trustee compensation | 2100-000 | | $2,750.00 | $10,149.48 |
| 11/01/16 | 110 | American Infosource agent of TD Bank | Final distibution to creditors | 7100-000 | | $445.75 | $9,703.73 |
| 11/01/16 | 111 | Quantum3 agent for MOMA Funding | Final distibution to creditors | 7100-000 | | $189.14 | $9,514.59 |
| 11/01/16 | 112 | ABRI Credit Union | Final distibution to creditors | 7100-000 | | $9,194.60 | $319.99 |
| 11/01/16 | 113 | American Infosource agent | Final distibution to creditors | 7100-000 | | $319.99 | $0.00 |

COLUMN TOTALS    $20,000.00    $20,000.00

Page Subtotals:    $0.00    $233.29

UST Form 101-7-TDR (10/1/2010) *(Page: 10)*

Exhibit 9

|   | | |
|---|---|---|
| Less: Bank Transfers/CD's | $0.00 | $0.00 |
| Subtotal | $20,000.00 | $20,000.00 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $20,000.00 | $20,000.00 |

Page Subtotals: $0.00 $0.00

Exhibit 9

TOTAL OF ALL ACCOUNTS

| | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| XXXXXX3722 - Checking | $20,000.00 | $20,000.00 | $0.00 |
| | $20,000.00 | $20,000.00 | $0.00 |
| | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

| | |
|---|---|
| Total Allocation Receipts: | $0.00 |
| Total Net Deposits: | $20,000.00 |
| Total Gross Receipts: | $20,000.00 |

Page Subtotals:    $0.00    $0.00